IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPPI S. LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv328-MHT |
| | ) | (WO) |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit claiming that employees of Alabama's Department of Human Resources violated his constitutional rights. The complaint is very poorly drafted, and as a result, it is difficult to understand plaintiff's claims.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice for seeking monetary relief against defendants who are immune from such relief.   Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.  However, because plaintiff is pro se and it is not impossible that he could plead a viable claim against a non-immune defendant, the court will dismiss the complaint without prejudice.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2020.

                                      /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**